Charles M. Preston, as Receiver of the New York Building-Loan Banking Company, Respondent, v. Charles Willich and Helena T. J. Willich, His Wife, Appellants.— Judgment affirmed, with costs, on the authority of *Preston* v. *Reinhart* (109 App. Div. 781). Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Margaret Purdy, as Administratrix, etc., of Theodore V. Purdy, Deceased, Respondent, v. Fire Insurance Salvage Corps of Brooklyn, Long Island, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Hirschberg. P. J., Bartlett, Jenks, Hooker and Miller, JJ., concurred.

The People of the State of New York ex rel. Harry J. Bebro, Appellant, v. George Bond, Respondent. — In view of the express finding of the court at Special Term, that the person whose custody is in question in this proceeding is not insane, we think there was no authority to remand her to the custody of the respondent. The order is, therefore, modified by striking out the direction that she be so remanded, and as so modified is affirmed, without costs of this appeal. Bartlett, Woodward, Jenks, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Walter B. Brown, Respondent, v. Timothy P. Sullivan and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Bartlett, Woodward, Jenks and Miller, JJ., concurred.

The People of the State of New York ex rel. John A. Denton, Relator, v. John N. Partridge, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with costs. No opinion. Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ., concurred.

Joseph Robinson, Respondent, v. Joseph H. Hoadley, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

Joseph Robinson, Respondent, v. Joseph H. Hoadley, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

Mark Salmon, Appellant, v. Simon Salmon, as Alleged Executor, etc., of Jane Symons, Deceased, and Others, Respondents, Impleaded with Jennie Sloman and Others, Appellants.— Order setting aside verdict affirmed, with costs. No opinion. Hirschberg, P. J., Bartlett, Woodward and Jenks, JJ., concur; Hooker, J., dissented.

Henry J. Schaefer, Respondent, v. Louis Ackerman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Henry Schnell, Respondent, v. Charles R. Faruolo, Appellant. — Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ.

John Schober, as Administrator, etc., of John Schober, Jr., Deceased, Appellant, v. Fifth Avenue Coach Company, Respondent.— Order reversed, with ten dollars costs and disbursements, on the ground that the trial justice had no power on his own motion to change the venue after a motion for the same relief had been denied at Special Term. (See, also, *Phillips* v. *Tietjen*, 108 App. Div. 9; 95 N. Y. Supp. 469.) Hirschberg, P. J., Bartlett, Woodward, Jenks and Rich, JJ., concurred.

John Schober, as Administrator, etc., of John Schober, Jr., Deceased, Respondent, v. Fifth Avenue Coach Company, Appellant.— Order reversed, with ten dollars costs and disbursements, on the ground that it was granted contrary to the provisions of section 769 of the Code of Civil Procedure, and motion denied, with costs. Bartlett, Jenks, Hooker, Rich and Miller, JJ., concurred.

William R. Shaw, Respondent, v. New York Evening Journal Publishing Company and Star Company, Appellants.— Interlocutory judgment affirmed, with costs, on the authority of *Townes* v. *New York Evening Journal Publishing Co.* (109 App. Div. 852). Hirschberg, P. J., Bartlett, Jenks, Hooker and Miller, JJ., concurred.

Morrell Smith, Respondent, v. Edward Miller, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Cornelius S. Terwilliger, as Administrator, etc., of Merwyn S. Terwilliger, Deceased, Appellant, v. Lewis S. Stivers and John D. Stivers, Respondents.— Judgment and order affirmed, with costs. No opinion. Bartlett, Jenks, Rich and Miller, JJ., concurred; Hooker, J., dissented.